UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPREET SINGH,<br><br>             Plaintiff,<br><br>      v.<br><br>EMILIA M. BARDINI, et al.,<br><br>             Defendants. | Case No.  23-cv-00312-SVK<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

The Court's June 30, 2023 order (Dkt. 7) set forth the history of this case and required Plaintiff to file a status report by July 17, 2023.  Having received no status report by the deadline, the Court hereby **ORDERS** Plaintiff to appear on **August 8, 2023 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed for failure to prosecute.  Additionally, Plaintiff shall file a statement in response to this Order no later than **August 1, 2023**.

**SO ORDERED.**

Dated: July 18, 2023

  
SUSAN VAN KEULEN  
United States Magistrate Judge