UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPREET SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>EMILIA M. BARDINI, et al.,<br><br>    Defendants. | Case No. 23-cv-00312-JSW<br><br>**SECOND ORDER TO SHOW CAUSE RE DISMISSAL** |

On August 25, 2023, the Court adopted a report and recommendation and dismissed this case without prejudice for failure to prosecute. On October 16, 2023, Plaintiff filed a motion to vacate the dismissal. The Court granted that motion on November 1, 2023, and ordered Plaintiff to serve Defendants by no later than December 1, 2023 and to file proof of service by December 8, 2023.

Plaintiff has not filed proof of service. Accordingly, the Court ORDERS Plaintiff to show cause by no later than December 15, 2023 why the Court should not dismiss this case for failure to prosecute. If Plaintiff fails to respond to this Order by December 15, 2023, the Court shall dismiss this case without further notice.

**IT IS SO ORDERED**.

Dated: December 11, 2023

_____
JEFFREY S. WHITE
United States District Judge